## DECEMBER 13, 1976

No. 76–491. HELENE CURTIS INDUSTRIES, INC., ET AL. *v.* BURKE, U. S. DISTRICT JUDGE, ET AL.   C. A. 2d Cir.   Certiorari dismissed under this Court's Rule 60.

No. 76–405.   GABRIEL *v.* UNITED STATES ET AL.; and

No. 76–443.   WESSON ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. N. J.

No. 76–81.   WINTERS *v.* COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL.   Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 76–573.   FIRST AMERICAN BANK & TRUST Co. *v.* GEORGE.   Appeal from C. A. 8th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.